**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Bahaeddin Shabaneh, M.D., Inpatient Physicians Associates, PLLC and Bay Area Inpatient Group, P.A. v. Gudelia Rangel, Guardian of the Person Alfredo Rangel, Ward, an Incapacitated Person, and Ashley Guerrero, as Next Friend for XXXX, a Minor

Appellate case number:     01-20-00410-CV

Trial court case number:   PR-0077218-A

Trial court:                 Probate Court of Galveston County

On August 4, 2020, appellant, Bahaeddin Shabaneh, M.D., filed an "Unopposed Motion for Partial Abatement of Appeal," requesting that we abate this appeal, as it pertains to his appeal, for a period of sixty days. Appellant's request is to "permit a summary judgment order pending before the trial court to become final." According to appellant, should the summary judgment order become final without objection by appellees, his appeal will be rendered "moot."

On August 11, 2020, appellant filed an "Unopposed Motion for Extension of Time to File Appellant's Brief," seeking to extend the deadline to file his appellant's brief from August 12, 2020 to September 11, 2020. The basis of appellant's request for an extension to the deadline to file his appellant's brief was the same basis as asserted in his "Unopposed Motion for Partial Abatement of Appeal," to allow the trial court's summary judgment motion to become "final."

On August 11, 2020, appellant was notified that his request for an extension of the deadline to file his brief was granted, and his appellant's brief is now due on or before September 11, 2020. Accordingly, we **deny** appellant's motion for partial abatement of the appeal.

It is so ORDERED.

Judge's signature:   __/s/ Evelyn V. Keyes_____

☑ Acting individually     ☐ Acting for the Court

Date:   \_\_August 18, 2020\_\_\_\_